STEVEN P. KELLY, ESQ.,
STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407,
CHERRY HILL, NEW JERSEY 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Dominic Forte<br><br>   Debtor(s) | Chapter 13<br><br>Case Number: 17-28799-JNP<br><br>Judge: Jerrold N. Poslusny, Jr.<br><br>Hearing: December 20, 2017 at 10:00 AM |

**Objection of Deutsche Bank National Trust Company as Trustee for the Soundview Home Loan Trust 2007-NS1 Asset-Backed Certificates, Series 2007-NS1 to Debtor's Chapter 13 Plan With Respect to Real Property Located at 2117 South Brighton Avenue, Clementon, NJ 08021**

Deutsche Bank National Trust Company as Trustee for the Soundview Home Loan Trust 2007-NS1 Asset-Backed Certificates, Series 2007-NS1 (hereinafter, "Creditor"), through its Counsel, Stern & Eisenberg, PC, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan filed by Debtor Dominic Forte (hereinafter, "Debtor"). In support thereof, Creditor respectfully represents as follows:

1. On September 22, 2006, Debtor, and non-filing co-mortgager Donna Lynn Forte, signed a note and mortgage in the principal sum of $93,759.50, evidencing a loan from Nationstar Mortgage LLC in the same amount, secured by the real property located at 2117 South Brighton Avenue, Clementon, NJ 08021 (hereinafter, the "Property"), as evidenced by a mortgage recorded with the Clerk of Camden County on October 20, 2006 in Book 08363 at Page 1518 as File # 2006121800.

2. Deutsche Bank National Trust Company as Trustee for the Soundview Home Loan Trust 2007-NS1 Asset-Backed Certificates, Series 2007-NS1 is the holder of the note and assignee of the mortgage.

3. Debtor filed a Chapter 13 Bankruptcy Petition on 09/15/2017 and as a result, any State Court proceedings were stayed.

4. Creditor objects to Debtor's proposed Chapter 13 Plan (hereinafter, the "Plan") for the following reasons:

    a) The Plan is infeasible in that the Plan:

i. Is underfunded and does not provide sufficient funds to pay the claims.

ii. Does not provide for sufficient funds to Creditor in order to cure the pre-petition arrears due to Creditor in the amount of $43,566.88.

b) The Plan does not adequately provide for post-petition payments in the monthly amount of $1,343.05.

5. By proposing to pay Creditor as proposed, the Plan violates the standards of 11 U.S.C. § 1325(a)(5)(B)(i) and (ii) because it pays Creditor less than the allowed amount of such claim.

6. This Objection is made in accordance with the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Creditor, Deutsche Bank National Trust Company as Trustee for the Soundview Home Loan Trust 2007-NS1 Asset-Backed Certificates, Series 2007-NS1 by and through its Counsel, Stern & Eisenberg, PC, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan and dismiss the Chapter 13 Bankruptcy Petition together with such other relief this Court deems necessary and appropriate.

Respectfully Submitted:

Stern & Eisenberg, PC

By: /s/ Steven P. Kelly, Esq.
Steven P. Kelly, Esq.,
1040 N. Kings Highway, Suite 407
Cherry Hill, NJ 08034
Phone: (609) 397-9200
Fax: (856) 667-1456
Bar Number: 010032010
Email: skelly@sterneisenberg.com

Date: December 18, 2017