| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-1(b)

| In Re: | Case No.: | 17-28799 |
| DOMINIC FORTE | Judge: | JNP |
| Debtor | Chapter: | 13 |

## CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☑ Motion for Relief from the Automatic Stay filed by <u>Deutsche Bank National Trust Company, as Trustee for the Soundview Home Loan Trust 2007-NS1 Asset Backed Certificates, Series 2007-NS1</u> , creditor,

   A hearing has been scheduled for <u>March 20th, 2018</u>, at <u>10:00 AM.</u>

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☑ Payments have been made in the amount of $ <u>6,589.67,</u> but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: <u>March 12, 2018</u>

<u>/s/ Dominic Forte</u>
Debtor=s Signature