# Interest Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.
Account number: 81-0307-6290 - continued

For the period 09/28/2017 to 10/27/2017
DOMINIC FORTE
Primary account number: 81-0307-6290
Page 4 of 4

**Banking/Check Card Withdrawals and Purchases** - *continued*

| Date | Amount | Description |
|---|---|---|
| 10/24 | 100.00 | ATM Withdrawal 421 White Horse Pi Lindenwold NJ |
| 10/25 | 19.00 | 5192 Debit Card Purchase Wawa 973 Lindenwold |
| 10/25 | 100.00 | ATM Withdrawal 421 White Horse Pi Lindenwold NJ |
| 10/26 | 60.00 | ATM Withdrawal 71 S Lakeview Dr Gibbsboro NJ |
| 10/27 | 10.22 | 1901 Debit Card Purchase Angelos Pizza |
| 10/27 | 22.44 | POS Purchase Traino's Wine Voorhees NJ |
| 10/27 | 100.00 | ATM Withdrawal 71 S Lakeview Dr Gibbsboro NJ |

**Online and Electronic Banking Deductions**

| Date | Amount | Description |
|---|---|---|
| 10/06 | 1,343.05 | ACH Tel-Single Mr Cooper Nationstar DBA 0252209429 |

There was 1 Online or Electronic Banking Deduction totaling $1,343.05

**Other Deductions**

| Date | Amount | Description |
|---|---|---|
| 10/05 | 718.00 | Withdrawal Reference No. 047995653 |

There was 1 Other Deduction totaling $718.00

*[handwritten: Oct 2017]*

**Daily Balance Detail**

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 09/28 | 20,549.48 | 10/06 | 20,001.02 | 10/17 | 18,692.54 | 10/25 | 18,886.53 |
| 09/29 | 20,410.64 | 10/10 | 19,463.75 | 10/18 | 18,082.40 | 10/26 | 18,826.53 |
| 10/02 | 20,008.65 | 10/11 | 19,415.68 | 10/19 | 18,026.22 | 10/27 | 18,694.03 |
| 10/03 | 19,944.47 | 10/12 | 19,365.68 | 10/20 | 19,910.88 | | |
| 10/04 | 19,884.34 | 10/13 | 19,288.85 | 10/23 | 19,461.22 | | |
| 10/05 | 19,115.16 | 10/16 | 18,859.53 | 10/24 | 19,005.53 | | |

# Interest Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

Account number: 81-0307-6290 - continued

For the period 10/28/2017 to 11/28/2017
DOMINIC FORTE
Primary account number: 81-0307-6290
Page 4 of 4

**Banking/Check Card Withdrawals and Purchases** — *continued*

| Date | Amount | Description |
|---|---|---|
| 11/22 | 10.02 | 1901 Debit Card Purchase McDonald's M2878 Of NJ |
| 11/22 | 28.47 | 1901 Debit Card Purchase Massos Deli & Pizzeria |
| 11/22 | 5.27 | POS Purchase The Home Depot W Berlin NJ |
| 11/22 | 37.25 | POS Purchase Shoprite Berli Berlin NJ |
| 11/22 | 21.67 | POS Purchase Deterding's Ma Lindenwold NJ |
| 11/22 | 17.00 | 5192 Debit Card Purchase Wawa 973 Lindenwold |
| 11/22 | 113.69 | POS Purchase Shoprite Berli Berlin NJ |
| 11/22 | 100.00 | ATM Withdrawal 71 S Lakeview Dr Gibbsboro NJ |
| 11/24 | 34.56 | 5192 Debit Card Purchase Township Liquors |
| 11/24 | 61.71 | 1901 Debit Card Purchase La Esperanza Resta |
| 11/24 | 3.25 | POS Purchase CVS/Pharmacy # Voorhees NJ |
| 11/24 | 37.36 | POS Purchase Rite Aid Store Voorhees NJ |
| 11/24 | 54.26 | POS Purchase Shoprite Berli Berlin NJ |
| 11/24 | 6.99 | POS Purchase Shoprite Berli Berlin NJ |
| 11/24 | 100.00 | ATM Withdrawal 71 S Lakeview Dr Gibbsboro NJ |
| 11/27 | 64.12 | POS Purchase Wal-Mart #4456 Somerdale NJ |
| 11/27 | 9.60 | POS Purchase Wal-Mart Super Magnolia NJ |
| 11/27 | 82.00 | ATM Withdrawal 76 Haddon Avenue West Berlin |
| 11/27 | 153.83 | 1901 Debit Card Purchase Boscovs 53 Voorhees N |
| 11/27 | 51.96 | 5192 Debit Card Purchase Boscovs 53 Voorhees N |
| 11/27 | 14.96 | POS Purchase The Home Depot W Berlin NJ |
| 11/27 | 104.97 | POS Purchase Levis Outlet 2 Blackwood NJ |
| 11/27 | 3.00 | ATM Withdrawal Fee |
| 11/28 | 58.81 | 5192 Debit Card Purchase Skeeters Pub & Liquor |
| 11/28 | 10.38 | 1901 Debit Card Purchase Angelos Pizza |
| 11/28 | 195.93 | 5192 Debit Card Purchase Comcast 800-Comcast N |
| 11/28 | 32.01 | POS Purchase Deterding's Ma Lindenwold NJ |

**Online and Electronic Banking Deductions**

| Date | Amount | Description |
|---|---|---|
| 11/13 | 1,305.54 | ACH Tel-Single Mr Cooper Nationstar DBA 0252209429 |

There was 1 Online or Electronic Banking Deduction totaling $1,305.54

**Other Deductions**

| Date | Amount | Description |
|---|---|---|
| 11/09 | 728.00 | Withdrawal Reference No. 046529941 |

There was 1 Other Deduction totaling $728.00

**Daily Balance Detail**

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 10/28 | 18,694.03 | 11/07 | 18,727.13 | 11/15 | 14,870.98 | 11/24 | 15,375.56 |
| 10/30 | 17,748.48 | 11/08 | 18,661.49 | 11/16 | 14,698.58 | 11/27 | 14,891.12 |
| 11/01 | 17,715.06 | 11/09 | 17,835.48 | 11/17 | 17,012.60 | 11/28 | 14,594.14 |
| 11/02 | 17,620.87 | 11/10 | 17,825.49 | 11/20 | 16,063.00 | | |
| 11/03 | 20,299.58 | 11/13 | 15,115.48 | 11/21 | 16,007.06 | | |
| 11/06 | 19,325.14 | 11/14 | 15,075.48 | 11/22 | 15,673.69 | | |

*NOV 2017*

# Interest Checking Statement

**PNC BANK**

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

For the period 11/29/2017 to 12/27/2017
DOMINIC FORTE
Primary account number: 81-0307-6290
Page 5 of 6

Account number: 81-0307-6290 - continued

## Banking/Check Card Withdrawals and Purchases - continued

| Date  | Amount | Description |
|-------|--------|-------------|
| 12/26 | 186.02 | 1901 Debit Card Purchase Massos Deli & Pizzeria |
| 12/26 | 19.77  | 1901 Debit Card Purchase McDonald's F1447 |
| 12/26 | 32.03  | 1901 Debit Card Purchase Wine Barrel Laurel Sp |
| 12/26 | 4.47   | 1901 Debit Card Purchase McDonald's F4074 |
| 12/26 | 23.50  | 5192 Debit Card Purchase Wawa 973 Lindenwold |
| 12/26 | 500.00 | ATM Withdrawal 104 N Whitehorse Stratford NJ |
| 12/26 | 19.68  | POS Purchase Wawa 973 Lindenwold NJ |

## Online and Electronic Banking Deductions

| Date      | Amount   | Description |
|-----------|----------|-------------|
| 12/12/17  | 1,330.00 | ACH Tel-Single Mr Cooper Nationstar DBA 0252209429 |

There was 1 Online or Electronic Banking Deduction totaling **$1,330.00**.

## Other Deductions

| Date  | Amount | Description |
|-------|--------|-------------|
| 12/04 | 728.00 | Withdrawal Reference No. 049072304 |
| 12/22 | 63.95  | Withdrawal Reference No. 051154215 |

There were 2 Other Deductions totaling **$791.95**.

## Daily Balance Detail

| Date  | Balance    | Date  | Balance    | Date  | Balance    | Date  | Balance    |
|-------|------------|-------|------------|-------|------------|-------|------------|
| 11/29 | 14,484.14  | 12/06 | 15,081.44  | 12/13 | 13,103.76  | 12/20 | 13,602.80  |
| 11/30 | 14,356.68  | 12/07 | 14,565.88  | 12/14 | 12,640.92  | 12/21 | 13,422.80  |
| 12/01 | 15,952.82  | 12/08 | 16,060.73  | 12/15 | 14,973.76  | 12/22 | 12,335.08  |
| 12/04 | 15,192.68  | 12/11 | 14,888.10  | 12/18 | 13,922.28  | 12/26 | 9,095.18   |
| 12/05 | 15,129.31  | 12/12 | 13,213.20  | 12/19 | 13,762.17  | 12/27 | 9,095.29   |

# Interest Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

Account number: 81-0307-6290 - continued

For the period 12/28/2017 to 01/29/2018
DOMINIC FORTE
Primary account number: 81-0307-6290
Page 4 of 5

## Online and Electronic Banking Deductions

| Date | Amount | Description |
|---|---|---|
| 01/19/18 | 1,305.54 | ACH Tel-Single Mr Cooper Nationstar DBA 0252209429   Confirm # 70790656 |

There was 1 Online or Electronic Banking Deduction totaling **$1,305.54**.

## Other Deductions

| Date | Amount | Description |
|---|---|---|
| 01/11 | 728.00 | Withdrawal Reference No. 050865323 |

There was 1 Other Deduction totaling **$728.00**.

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 12/28 | 8,908.96 | 01/05 | 9,545.27 | 01/12 | 10,099.81 | 01/22 | 6,693.70 |
| 12/29 | 11,490.03 | 01/08 | 8,988.43 | 01/16 | 9,703.21 | 01/23 | 6,663.70 |
| 01/02 | 9,912.61 | 01/09 | 8,947.71 | 01/17 | 9,474.21 | 01/25 | 6,623.70 |
| 01/03 | 9,766.89 | 01/10 | 8,917.71 | 01/18 | 8,750.22 | 01/26 | 9,203.84 |
| 01/04 | 9,665.27 | 01/11 | 7,974.26 | 01/19 | 7,234.41 | 01/29 | 8,138.85 |



# Interest Checking Statement

📱 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.
Account number: 81-0307-6290 - continued

For the period 01/30/2018 to 02/28/2018
DOMINIC FORTE
Primary account number: 81-0307-6290
Page 4 of 5

## Banking/Check Card Withdrawals and Purchases - continued

| Date | Amount | Description |
|---|---|---|
| 02/26 | 43.69 | 1901 Debit Card Purchase Wine Barrel Laurel Sp |
| 02/26 | 522.20 | 5192 Debit Card Purchase Comcast 800-Comcast N |
| 02/26 | 40.00 | ATM Withdrawal 71 S Lakeview Dr Gibbsboro NJ |
| 02/26 | 3.00 | ATM Withdrawal Fee |

## Online and Electronic Banking Deductions

| Date | Amount | Description |
|---|---|---|
| 02/21/18 | 1,305.54 | ACH Tel-Single Mr Cooper Nationstar DBA 0252209429 |

Confirm #
72591945

There was 1 Online or Electronic Banking Deduction totaling **$1,305.54**.

## Other Deductions

| Date | Amount | Description |
|---|---|---|
| 02/13 | 728.00 | Withdrawal Reference No. 047362753 |
| 02/23 | 196.00 | Withdrawal Reference No. 048796916 |

There were 2 Other Deductions totaling **$924.00**.

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 01/30 | 8,120.36 | 02/06 | 7,345.28 | 02/14 | 8,544.33 | 02/22 | 5,244.92 |
| 01/31 | 8,070.36 | 02/08 | 7,208.38 | 02/15 | 8,445.33 | 02/23 | 8,062.00 |
| 02/01 | 7,841.72 | 02/09 | 10,171.60 | 02/16 | 8,169.61 | 02/26 | 7,105.55 |
| 02/02 | 7,770.52 | 02/12 | 9,505.02 | 02/20 | 7,765.18 | | |
| 02/05 | 7,375.28 | 02/13 | 8,757.02 | 02/21 | 5,404.76 | | |