| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | FILED<br>JEANNE A. NAUGHTON, CLERK<br>NOV 07 2022<br>U.S. BANKRUPTCY COURT<br>CAMDEN, N.J.<br>BY_____DEPUTY |
|---|---|
| In Re: | Case No.: 17-28799 |
| | Chapter: 13 |
| | Judge: Jerrold N. Poslusny Jr. |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Dominic Forte, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 11-3-22

_____
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

**Dominic Forte**
**2117 S Brighton Avenue**
**Lindenwold, NJ. 08021**

US Bankruptcy Court
Care Of: Clerks Office
401 Market St
Camden, N.J. 08102

SOUTH JERSEY NJ 080
3 NOV 2022 PM 5 L

08102-156099