**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Dominic Forte<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5692<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–28799–JNP | |

# Order of Discharge                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Dominic Forte

<u>11/8/22</u>                                                                      **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Dominic Forte  
    Debtor

Case No. 17-28799-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Nov 08, 2022      Form ID: 3180W      Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dominic Forte, 2117 S. Brighton Avenue, Lindenwold, NJ 08021-2506 |
| 517069361 | + | Citifinancial, Attn: Bankruptcy, 605 Munn Dr, Fort Mill, SC 29715-8421 |
| 517163851 | + | Deutsche Bank National, co Nationstar Mtg. LLC d/b/a Mr. cooper, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 517099686 | + | Donna Forte, 2117 S. Brighton Avenue, Clementon, NJ 08021-2506 |
| 517099687 | + | RAS Citron Law Office, LLC, 130 Clinton Road, Suite #202, Fairfield, NJ 07004-2927 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 08 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 08 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 08 2022 20:39:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Nov 08 2022 20:39:00 | Deutsche Bank National Trust Company as Trustee fo, Aldridge Pite, LLP, 4375 Jutland Drive, San Diego, CA 92117-3600 |
| 517069360 | + | EDI: GMACFS.COM | Nov 09 2022 01:33:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 517148177 | | EDI: GMACFS.COM | Nov 09 2022 01:33:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517069362 | ^ | MEBN | Nov 08 2022 20:35:25 | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517069363 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 08 2022 20:39:00 | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517089831 | + | Email/Text: ecfbnc@aldridgepite.com | Nov 08 2022 20:39:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 517069365 | + | Email/Text: clientservices@remexinc.com | Nov 08 2022 20:39:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517069367 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Nov 08 2022 20:39:00 | Traf Group Inc/A-1 Collections, 2297 St Hwy 33, Ste 906, Hamilton Square, NJ 08690-1717 |
| 517069368 | + | EDI: VERIZONCOMB.COM | | |

Case 17-28799-JNP    Doc 64    Filed 11/10/22    Entered 11/11/22 00:14:39    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 08, 2022 | Form ID: 3180W | Total Noticed: 17 |

|   |   | Nov 09 2022 01:33:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
|---|---|---|---|

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517069366 | *+ | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517069364 | ##+ | Optimum Outcomes, Inc, 2651 Warrenville Rd Ste 500, Downers Grove, IL 60515-5559 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2022                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad J. Sadek | on behalf of Debtor Dominic Forte bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Soundview Home Loan Trust 2007-NS1 Asset-Backed Certificates  Series 2007-NS1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Soundview Home Loan Trust 2007-NS1 Asset-Backed Certificates  Series 2007-NS1 hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Kevin M. Buttery | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY kbuttery@moodklaw.com |
| Laura M. Egerman | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@raslg.com |
| Robert P. Saltzman | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Soundview Home Loan Trust 2007-NS1 Asset-Backed Certificates  Series 2007-NS1 dnj@pbslaw.org |
| Sindi Mncina | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Soundview Home Loan Trust 2007-NS1 |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 08, 2022 | Form ID: 3180W | Total Noticed: 17 |

        Asset-Backed Certificates  Series 2007-NS1 smncina@raslg.com

Steven P. Kelly

        on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY skelly@sterneisenberg.com bkecf@sterneisenberg.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12